UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DOMINGO OROZCO, et al.,

        Plaintiffs,                               Case No. 21-cv-12823
                                                    Hon. Matthew F. Leitman

v.

FCA US LLC,

        Defendant.

_____/


**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO**
**RESPOND TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE**
**ITS REPLY IN SUPPORT OF MOTION TO DISMISS**


This matter having come before the Court upon the stipulation and agreement

of the parties and the Court being otherwise fully advised in the premises;

and Plaintiffs Domingo Orozco, Irma Orozco, Mark Bordelon, and Antoine

Louvat (together, "Plaintiffs") and Defendant FCA US LLC ("Defendant") having

stipulated to a two-week extension for Plaintiffs to respond to Defendant's Motion

to Dismiss Plaintiffs' Class Action Complaint ("Motion to Dismiss"), ECF No. 7,

and for Defendant to file its reply in support of its Motion to Dismiss:

**IT IS HEREBY ORDERED** that Plaintiffs shall file their response to Defendant's Motion to Dismiss on or before March 18, 2022, and Defendant shall file its reply in support of its Motion to Dismiss on or before April 15, 2022.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2022

*Stipulated by and between:*

| /s/ Jason H. Alperstein (with consent) | /s/ Thomas L. Azar, Jr. |
|---|---|
| Jason H. Alperstein<br>Kristen Lake Cardoso<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>1 West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone:  (954) 525-4100<br>Facsimile:  (954) 525-4300<br>alperstein@kolawyers.com<br>cardoso@kolawyers.com<br><br>Steven G. Calamusa<br>Geoff S. Stahl<br>Rachel A. Bentley<br>GORDON & PARTNERS, P.A.<br>4114 Northlake Boulevard<br>Palm Beach Gardens, FL 33410<br>Telephone:  (561) 799-5070<br>Facsimile:  (561) 799-4050<br>scalamusa@fortheinjured.com<br>gstahl@fortheinjured.com<br>rbentley@fortheinjured.com | Stephen A. D'Aunoy (MO/54961)<br>Thomas L. Azar, Jr. (MO/56634)<br>THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone:  (314) 552-6000<br>Facsimile:  (314) 552-7000<br>sdaunoy@thompsoncoburn.com<br>tazar@thompsoncoburn.com<br><br>Stephen King (P56456)<br>KING & ASSOCIATES, PLLC<br>355 S. Old Woodward, Ste. 100<br>Birmingham, MI  48009<br>Telephone:  (248) 792-2398<br>sking@kingandmurray.com<br><br>*Attorneys for Defendant FCA US LLC* |

| Nicholas E. Kyriakopoulos (MI/P76442) NK LAW 4190 Telegraph Road, Ste. 1000 Bloomfield Hills, MI 48302 Telephone: (248) 723-4747 Facsimile: (247) 723-4690 nick@nklawmi.com  *Attorneys for Plaintiffs* | |

000008/01378289_1