UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINGO OROZCO, *et al.*,

    Plaintiffs,

v.

FCA US, LLC,

    Defendant.

Case No. 21-cv-12823
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 7) WITHOUT PREJUDICE AS MOOT

On December 3, 2021, Plaintiffs Domingo Orozco and others filed this breach of warranty action against Defendant FCA US, LLC ("Chrysler"). (*See* Compl., ECF No. 1.) Plaintiffs allege, among other things, that the aluminum body panels on their Chrysler vehicles have corroded in violation of Chrysler's express warranties. (*See id.*) Chrysler then filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.)

On February 22, 2022, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting Plaintiffs leave to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by Chrysler in its motion to dismiss. (*See* Order, ECF No. 10.) The Court

informed the parties that if Plaintiffs decided to file a First Amended Complaint, it would terminate Chrysler's motion to dismiss without prejudice. (*See id.*)

On March 3, 2022, Plaintiffs filed a notice with the Court that they intend to file a First Amended Complaint. (*See* Notice, ECF No. 12.) Accordingly, because Plaintiffs will be filing a First Amended Complaint, the Court **TERMINATES** Chrysler's motion to dismiss (ECF No. 7) **WITHOUT PREJUDICE AS MOOT**. Chrysler may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: March 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126