UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINGO OROZCO, *et al.*,

    Plaintiffs,

v.

    Case No. 21-cv-12823
    Hon. Matthew F. Leitman

FCA US, LLC,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT (ECF No. 21)

On May 8, 2023, the Court held a hearing to hear argument on Defendant FCA US, LLC's Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 21).  For the reasons explained on the record during that hearing, FCA's motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's motion is **GRANTED** to the extent that it seeks dismissal of Plaintiffs' state law consumer fraud claims in Counts II-XII of the Amended Class Action Complaint.  Those claims are **DISMISSED**.

2. Defendant's motion is **DENIED** to the extent that it seeks dismissal of Plaintiffs' unjust enrichment claim in Count I of the Amended Class Action Complaint.  That count is the only claim that will proceed in this action.

As further explained on the record, FCA will file an Answer to the Amended Class Action Complaint (ECF No. 17) by no later than **May 30, 2023**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126