UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINGO OROZCO, *et al.*,

    Plaintiffs,

v.

FCA US, LLC,

    Defendant.
_____/

Case No. 21-cv-12823
Hon. Matthew F. Leitman

### **ORDER DENYING MOTION FOR PROTECTIVE ORDER (ECF No. 54)**

On July 9, 2024, the Court held a status conference to discuss Plaintiffs' Motion for Protective Order (ECF No. 54). For the reasons explained on the record, the motion is **DENIED**.

Except as provided below, Plaintiffs shall make themselves available for in-person depositions in the Eastern District of Michigan.

If any Plaintiff wishes to be deposed by video conference, he/she may do so provided that he/she will not be permitted to testify in-person at trial. Instead, testimony from that Plaintiff will be presented to the jury by video recording. If any Plaintiff wishes to be deposed in a location other than the Eastern District of Michigan, that Plaintiff shall reimburse FCA for the additional costs that FCA

incurred as a result of having to travel to that Plaintiff's chosen deposition location rather than to the Eastern District of Michigan.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman  
                                            MATTHEW F. LEITMAN  
                                            UNITED STATES DISTRICT JUDGE

Dated:  July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan  
                                            Case Manager  
                                            (313) 234-5126